DAYLE ELIESON
United States Attorney
District of Nevada

MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: mark.woolf@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LORENZO TUCKER, III, | Case No. 2:18-cv-00962-JCM-CWH |
| Plaintiff, | |
| v. | **MOTION FOR EXTENSION OF TIME TO RESPOND** |
| JODONA L. BROWN, *et al.*, | |
| Defendants. | **(Second Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule IA 6-1(a), the United States of America ("United States"), on behalf of Federal Defendant Jodona L. Brown ("Federal Defendant"), hereby moves for an additional 20-day extension of time, as measured from the current response deadline of July 24, 2018, to file its answer or other response. The new deadline would be **Monday, August 13, 2018**. This is the United States' second request for extension and, as set forth herein, there is good cause for the request.[1]

As noted in its prior request, ECF No. 4, the plaintiff appears to be asserting either or both a *Bivens* claim and/or tort claim under the Federal Tort Claims Act against the Federal Defendant. The United States is making every attempt to broadly construe the plaintiff's complaint so as to adequately address all of the claims by way of responsive motion, but the

---

[1] Based on Plaintiff's most recent filing, ECF No. 6, he is currently incarcerated in the Clark County Detention Center. Because he is incarcerated, undersigned counsel is unable to speak with him directly to obtain the requested extension via stipulation.

1

complaint is scattered and largely incomprehensible as it relates to what might be considered specific claims and facts related thereto. Despite diligent effort, the United States needs the limited additional time to finalize review plaintiff's allegations, the incomplete documents attached thereto, and the record of the proceeding/s from which the complaint appears to stem to ensure a complete response. Moreover, subsequent to the prior request for extension, the named Federal Defendant in this action relocated outside of the District of Nevada. Given the inevitable delay in communication as a result of this relocation, the United States needs the limited additional time to confer with her to procure all necessary information and documentation in support of the responsive motion.

This extension is not sought for delay or any other improper purpose, but to allow the United States to ensure the evaluation of the claims asserted by the plaintiff and a complete, fulsome response thereto. Thus, for the reasons stated herein, the United States respectfully requests the instant motion extending time for the United States to file a response until **Monday, August 13, 2018**, be granted. The United States does not anticipate any further extensions will be necessary.

Respectfully submitted this 17th day of July 2018.

DAYLE ELIESON
United States Attorney

 */s/ Mark E. Woolf*
MARK E. WOOLF
Assistant United States Attorney

**IT IS SO ORDERED;**

~~UNITED STATES DISTRICT JUDGE~~
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** July 18, 2018

2

## CERTIFICATE OF SERVICE

I, Mark E. Woolf, hereby certify that the foregoing **MOTION FOR EXTENSION OF TIME TO RESPOND (Second Request)** was served this date on all parties via the Court's Electronic Case Filing system, and as indicated below:

**U.S. Mail:**

Clark County Detention Center
Lorenzo Tucker, III
ID #1523866
330 S. Casino Center Blvd.
Las Vegas, Nevada 89101

Dated this 17th day of July 2018.

                                          */s/ Mark E. Woolf*
                                          MARK E. WOOLF
                                          Assistant United States Attorney